UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCILLE JEFFERSON** | * | **CIVIL ACTION NO. 18-4641** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **NICHOLLS STATE UNIVERSITY,** | * | **MAGISTRATE** |
| **OFFICE OF RISK MANAGEMENT FOR** | * | |
| **THE STATE OF LOUISIANA ATTORNEY** | * | |
| **GENERAL, AND THE BOARD OF** | * | |
| **SUPERVISORS OF THE UNIVERSITY** | * | |
| **SYSTEM OF LOUISIANA** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

TO:    The Honorable Judges
        of the United States District Court
        for the Eastern District of Louisiana

Defendant, NICHOLLS STATE UNIVERSITY (hereinafter "Nicholls"), respectfully submits this Notice of Removal of the above-styled matter, and as cause therefore show as follows.

1.

On the 30th day of July, 2014, the attached Petition was filed in the 17th Judicial District Court for the Parish of Lafourche, State of Louisiana, entitled Lucille Jefferson v. Nicholls State University, Office of Risk Management for the State of Louisiana Attorney General, and the Board of Supervisors of the University System of Louisiana,

bearing case number 125611.[1]  Nicholls was served with the Petition on August 22, 2014.

2.

In the Petition, plaintiff alleges that "she tripped over cracks and elevated portions of concrete in the sidewalk causing severe injuries."[2]  Further, plaintiff alleges that "there were no signs warning customers of the dangerous peril."[3]

3.

Plaintiff also alleges that Nicholls failed to have an adequate maintenance policy in place, failed to properly train employees in inspection and repair of the grounds, failed to properly supervise their agents and employees, failed to properly inspect the property prior to admitting guests to large events, failed to take appropriate steps to mitigate the damages and loss sustained by plaintiff, failed to hire sufficient employees to reduce the risk of harm associated with this particular type of accident, allowed a condition to exist that presented an unreasonable risk of harm that was reasonably foreseeable, created or had actual or constructive notice of the dangerous condition prior to the incident, and failed to warn.[4]

5.

All causes of action that plaintiff asserts in her original Petition arise under

---

[1] The Petition for Damages is attached hereto as Exhibit "A."
[2] Petition for Damages, ¶ 3
[3] Petition for Damages, ¶ 4
[4] Petition for Damages, ¶ 5

2

Louisiana law.

6.

On April 6, 2018, plaintiff sent undersigned counsel a copy of a "Motion to Amend and Supplement Pleadings," in which plaintiff asserts causes of action under the Americans with Disabilities Act (42 USCS § 12131, et seq.), and notified undersigned counsel of her intention to file said pleading.[5]

7.

Because the causes of action that plaintiff now asserts arise under the laws of the United States, this Court has subject matter jurisdiction according to 28 USCS § 1331, and this case is now removable to this Court.

8.

The 17th Judicial District Court for the Parish of Lafourche, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

9.

Nicholls prays for a jury trial on all issues.

---

[5] The Motion to Amend and Supplement Pleadings is attached hereto as Exhibit "B."

**WHEREFORE**, removing Defendant, Nicholls State University prays that the above action now pending in the 17th Judicial District Court for the Parish of Lafourche, State of Louisiana, be removed therefrom to this Honorable Court. Defendant additionally prays for a jury trial on all issues.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

By: /s/ *Geri Broussard Baloney*
SPECIAL ASSISTANT ATTORNEY GENERAL
GERI BROUSSARD BALONEY, TA #24012
Abril Baloney Sutherland #29028
Jose Carlos Mendez #32591
**BROUSSARD BALONEY LAW FIRM, APC**
1903 West Airline Highway
LaPlace, Louisiana 70068
(985) 224-8090 Telephone
(985) 224-8278 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic means and/or placing same in the U.S. Mail, postage prepaid and properly addressed this 6th day of May, 2018.

/s/ *Geri Broussard Baloney*