

James D. "Buddy" Caldwell
Attorney General

# DOJ CASETRACKING ROUTING SLIP MAIL # 916795

**EXECUTIVE DIVISION**
**ADMIN. SERVICES**
**COLLECTIONS**
**FISCAL/HUMAN RESOURCES**
**MIS**          DATE: 8-22-14
**PURCHASING**
**CASETRACKING**
**CIVIL DIVISION**
**GOVERNMENTAL LIT.**
**LANDS & NATURAL RES.** _____
**EDUCATION/IAT**
**ENVIRONMENTAL**
**PUB. FIN. &CONT.** _____
**GARNISHMENTS**
**FILE ROOM** _____
**LIBRARY**
**PRIVATE REQUEST** _____
**GAMING DIVISION**
**PUBLIC PROTECTION**
**COMMUNITY EDUCATION**
**CONSTITUENT SERVICES** _____
**CONSUMER**
**INSURANCE**
**HUD**
**TOBACCO**
**CRIMINAL** _____
**MEDICAID FRAUD**
**HIGH TECH CRIME UNIT**
**INVESTIGATIONS** _____
**LITIGATION**   S. Washington
**SHREVEPORT**
**NEW ORLEANS**

D838144

# CITATION

| | |
|---|---|
| LUCILLE JEFFERSON | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| NICHOLAS STATE UNIVERSITY, ET AL | STATE OF LOUISIANA |

**DOCKET NUMBER: C-125611**

TO:  LOUISIANA ATTORNEY GENERAL
JAMES D. BUDDY CALDWELL
1885 N. THIRD STREET
BATON ROUGE, LA 70802

residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the PETITION FOR DAMAGES a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said PETITION FOR DAMAGES in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, August 13, 2014.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

KERVIN W. DOYLE
ATTORNEY AT LAW
8833 BELFAST STREET
NEW ORLEANS, LA 70118

A TRUE COPY
Clerk of Court's Office
Thibodaux, La Aug. 13, 2014

RECEIVED BY THE
ATTORNEY GENERAL'S OFFICE
DATE: 8-22-14  TIME: 11:48 AM
BY: _____

Clerk of Court

PERSONAL SERVICE                    DOMICILIARY SERVICE

| | |
|---|---|
| On _____ on the _____ | On _____ by |
| Day of _____, 20___ | Leaving the same with _____ |
| Service: _____ | |
| Mileage: _____ | On the ___ day of _____, 20___ |
| | Service: _____ |
| | Mileage: _____ |
| Dty. Sheriff EAST BATON ROUGE Parish | Dty. Sheriff EAST BATON ROUGE Parish |

17th JUDICIAL DISTRCIT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO. 125611   DIVISION " "   SECTION " "   DIVISION C

LUCILLE JEFFERSON

VERSUS

NICHOLS STATE UNIVERSITY, OFFICE OF RISK MANAGEMENT FOR THE STATE OF LOUISIANA, LOUISIANA ATTORNEY GENERAL, AND THE BOARD OF SUPERVISORS OF THE UNVERSITY SYSTEM OF LOUISIANA

FILED_____   _____ DEPUTY CLERK

*************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes LUCILLE JEFFERSON, who avers as follows:

1.

Made defendant herein is:

a. **NICHOLS STATE UNIVERSITY**, a quasi-political-entity under division of the State of Louisiana, operating under the Louisiana Department of Education with supervision and oversight by the Board of Supervisors of the University of Louisiana System all being expressed and implied agents of the State of Louisiana authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of process;

2.

Plaintiff, Lucille Jefferson, is a major resident and domiciliary of St. Charles Parish, Louisiana.

3.

On or about October 26, 2013, Lucille Jefferson was a patron at Nichols State University attending a Family and Fun Day, on the college campus. As the plaintiff was walking on the sidewalk near the football stadium with her family members, she tripped over cracks and elevated portions of concrete in the sidewalk causing severe injuries. Because the sidewalk was heavily traveled because of the ongoing event, the plaintiff was not able to seen the dangerous condition in advance.

4.

Plaintiff shows that there were no signs warning customers of the dangerous peril.

5.

In addition to the above, the defendant is liable to the plaintiff for the following non-exclusive reasons:

1. Failure to have an adequate maintenance policy in place;
2. Failure to properly train employees in inspection and repair of the grounds;
3. Failure to properly supervise their agents and employees;
4. Failure to properly inspect the property prior to admitting guests to large events;
5. Failure to take appropriate steps to mitigate the damages and loss sustained by plaintiff;
6. Failure to hire sufficient employees to reduce the risk of harm associated with this particular type of accident;
7. Allowing a condition to exist that presented and unreasonable risk of harm that was reasonably foreseeable;
8. The defendant created or had actual or constructive notice of the dangerous condition prior to the incident.
9. Failure to warn.

6.

Due to the negligence of the defendant and its agents, the plaintiff suffered the following injuries:

Cervical sprain/.strain
Cervical joint dysfunction
Thoracic joint dysfunction
Lumbar sprain/strain
Lumber joint dysfunction
Left shoulder nonspecific strain
Left knee contusion with no instability
Right wrist sprain
Right ankle sprain
Myospasm
Restrictive range of motion of the cervical and lumbar spine
Myalgias

7.

As a result of defendants' negligence, plaintiff, Lucille Jefferson has suffered damages including but not limited to:

a). Pain and Suffering
b). Emotional distress

  c) Embarrassment

  d) Medical Bills

  e) Hedonic Damages

8.

Defendants are liable jointly, severally and in solido in as much as they are in an agency relationship and are responsible under the doctrine of respondeat superior.

9.

Petitioner show that she is not able to pay the cost in advance or as they accrue in this cause because of her lack of means, and desires that she be allowed to proceed in this matter in forma pauperis.

**WHEREFORE**, plaintiff prays:

1. That the defendants be duly served with a copy of this petition in accordance with the law;
2. That there be judgment in favor of the petitioner and against the defendants in solido in the amount allowable under law;
3. That the defendants be taxed with all costs of these proceedings;
4. That she be allowed to file this petition in forma pauperis;
5. Further Praying for both general and equitable relief available.

Respectfully submitted,

_____
Kervin W. Doyle Bar No. 05062
Law Offices of Kervin W. Doyle and Associates
**8833 Belfast Street**
**New Orleans, LA 70118**
**(504) 913-5434**

**PLEASE SERVE:**
Nichols State University
Dr. Bruce Murphy
President
906 East 1st Street
Thibodaux, LA 70310

State of Louisiana
Office of Risk Management
1201 North Third Street
Ste. G-192
Baton Rouge, LA 70802

Attorney General
James D. Buddy Caldwell
1885 N. Third Street
Baton Rouge, LA 70802

Dr. Sandra K. Woodley
President of the Board of Supervisors
University System of Louisiana
1201 North Third Street
7th Floor Ste. 300
Baton Rouge, LA 70802

Mr. E. Gerald Herbert
Chairman of the University System of Louisiana
1201 North Street
Ste. 7-300
Baton Rouge, LA 70802

**FILED**
JUL 30 2014
CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. Aug. 13, 2014
Clerk of Court