**KERVIN W. DOYLE, ESQ.**
**LAW OFFICES OF KERVIN W. DOYLE AND ASSOCIATES**
**8835 BELFAST STREET**
**NEW ORLEANS, LA 70118**
**TELEPHONE: 504-881-1320   FAX- 504-208-2841**
doylelegalfirm@gmail.com

Kervin W. Doyle, Esq.

April 12, 2018

Geri Baloney, Esq
The Broussard Baloney Law Firm, APC
1903 West Airline Highway
LaPlace, LA  70068

Re:  Lucille Jefferson vs Nichols State University et al
17th Judicial District Court

Dear Sir/Madame:

    Please find enclosed a hard copy of the <u>Motion to Amend and Supplement Pleadings</u> as indicated in my April 6, 2018 email.  I look forwarding to hearing from you.

    With the best regards, I am

Sincerely,

*Kervin W. Doyle*

Kervin W. Doyle

cdl

> RECEIVED
> APR 1 6 2018
> BY: _____

17th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO. 125611                                              DIVISION "C"

**LUCILLE JEFFERSON**

**VERSUS**

**NICHOLLS STATE UNIVERSITY, OFFICE OF RISK MANAGEMENT FOR THE STATE OF LOUISIANA ATTORNEY GENERAL, AND THE BOARD OF SUPERVISORS OF THE UNIVERISTY SYSTEM OF LOUISIANA**

FILED: _____                        _____

                                              DEPUTY CLERK

**MOTION TO AMEND AND SUPPLEMENT PLEADINGS**

NOW INTO COURT, through undersigned counsel comes the plaintiff, Lucille Jefferson who desires to amend and supplement her original pleadings in the following manner:

By adding an additional paragraph to be numbered as follows:

"10."

That Nicholls State University is not in compliance with ADA Guidelines with regards to the alterations, repair and installation of sidewalks.

"11."

That Nicholls State University its agent/employees failed to comply with ADA Standards for sidewalks in that the slope, width, cross slope and placement or incompatible or violate ADA Standards around the football stadium where the fall occurred.

"12."

The plaintiff is elderly female and the lack of ADA compliance was a contributing factor in her fall and resulting injuries.

"13."

Counsel for plaintiff has provided a courtesy to defense counsel who has not voiced any objections at this time.

"14."

Plaintiff reiterates all the allegations and prayers contained in original petition as though copied extenso herein.

WHEREFORE the plaintiff prays:

1. That this motion be deemed just and sufficient;
2. That after due considerations had, there be judgment in favor of the plaintiff;
3. That the defendants be casts with all costs in this matter;
4. Further praying for both general and equitable relief available.

Respectfully submitted,

_____

Kervin W. Doyle#05062

8835 Belfast Street

New Orleans, LA 70118

(504) 881-1320

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY UNDER THE ABOVE SIGNATURE THAT A COPY OF THE FOREGOING DOCUMENTS HAVE BEEN MAILED/FAXED TO ALL COUNSEL OF RECORD PROPERLY ADDRESSED WITH SUFFICIENT POSTAGE ATTACHED THERETO ON THIS _____ DAY OF APRIL 2018.

23rd JUDICIAL DISTRICT COURT FOR THE PARISH OF ASCENSION

17th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO. 125611                                                   DIVISION "C"

### LUCILLE JEFFERSON

### VERSUS

### NICHOLLS STATE UNIVERSITY, OFFICE OF RISK MANAGEMENT FOR THE STATE OF LOUISIANA ATTORNEY GENERAL, AND THE BOARD OF SUPERVISORS OF THE UNIVERISTY SYSTEM OF LOUISIANA

## ORDER

***CONSIDERING THE FORGOING MOTION;***

***IT IS ORDERED, ADJUDGED AND DECREED,*** that plaintiff's

Amended/Supplemental Petition be filed herein.

Thus, done and signed on this ____ day of _____ herein Lafourche Parish, Louisiana.

_____
**JUDGE**